NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONALD B. HAIMOWITZ, DC#H07976,    )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D17-3199
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____)

Opinion filed February 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Ronald B. Haimowitz, pro se.


PER CURIAM.


        Affirmed.


KELLY, VILLANTI, and MORRIS, JJ., Concur.